**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHURCH ON THE MOVE, INC.,

      Plaintiff,

v.                                                                             CV No. 18-627 WJ/CG

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 16), filed October 25, 2018. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 20).

                                                  _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE