**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHURCH ON THE MOVE, INC.,

        Plaintiff,

v.                                        CV No. 18-627 WJ/CG

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

        Defendant.

**AMENDED ORDER SETTING TELEPHONIC STATUS CONFERENCE**

    **THIS MATTER** is before the Court on a Rule 16 initial scheduling conference,

and having conferred with counsel about a mutually-convenient date, time, and location,

**IT IS HEREBY ORDERED** that a status conference will be held by telephone on

**Thursday, January 17, 2019, at 2:00 p.m.**

    Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415,

follow the prompts, and enter the Access Code 7467959, to be connected to the

proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE