## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHURCH ON THE MOVE, INC.,

    Plaintiff,

v.                                                           CV No. 18-627 WJ/CG

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Agreed Motion to Modify the Scheduling Order*, (Doc. 27), filed December 17, 2018. In the Motion, the parties ask for an extension of their deadlines to provide expert reports, and to increase the number of interrogatories from 30 to 40 for each side. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well taken and should be **GRANTED**. Because the parties' requested extensions will affect the other deadlines set in this case, the Court will extend the remaining pretrial deadlines by 60 days.

**IT IS THEREFORE ORDERED** that the parties' *Agreed Motion to Modify the Scheduling Order*, (Doc. 27), is **GRANTED**, and the scheduling order is modified as follows:

1. Plaintiff shall identify expert witnesses and provide expert reports by **March 1, 2019**.

2. Defendant shall identify expert witnesses and provide expert reports by **March 31, 2019**.

3. The parties may designate a rebuttal expert witness and provide rebuttal expert reports **no later than six weeks** after the disclosure of the other party's expert witness on the same subject matter.

4. The termination date for discovery is **May 31, 2019**.

5. Motions relating to discovery shall be filed by **June 21, 2019.**

6. Pretrial motions, other than those relating to discovery, shall be filed by **July 1, 2019.**

7. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **August 16, 2019**; Defendant to the Court on or before **August 30, 2019**.

 **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE