# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHURCH ON THE MOVE, INC.,

    Plaintiff,

v.                                                   CV No. 18-627 WJ/CG

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

    Defendant.

## AMENDED ORDER SETTING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. The April 30, 2019, Settlement Conference will be held in the **Gila Courtroom at the Pete V. Domenici United States Courthouse, 333 Lomas NW, Albuquerque, New Mexico**. The parties shall consult the *Order setting Telephonic Status Conference and Settlement Conference*, (Doc. 39), for additional deadlines and details about the Settlement Conference.

    **IT IS SO ORDERED.**

                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE