# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHURCH ON THE MOVE, INC.,

    Plaintiff,

v.                                                                                                   CV No. 18-627 WJ/CG

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Agreed Motion to Modify the Scheduling Order*, (Doc. 41), filed March 29, 2019. In the Motion, the parties ask for an extension of the scheduling order deadlines because they anticipate needing additional depositions and limited written discovery if the case does not settle at the settlement conference scheduled for April 30, 2019. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Agreed Motion to Modify the Scheduling Order*, (Doc. 41), is **GRANTED**, and the scheduling order is modified as follows:

1. The parties may designate rebuttal expert witnesses and provide rebuttal expert reports by **June 14, 2019**.
2. The termination date for discovery is **July 15, 2019**.
3. Motions relating to discovery shall be filed by **August 20, 2019**.
4. Pretrial motions, other than those relating to discovery, shall be filed by **August 30, 2019**.

5. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **September 10, 2019**; Defendant to the Court on or before **September 25, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE