**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHURCH ON THE MOVE, INC.,

    Plaintiff,

v.                                                               CV No. 18-627 WJ/CG

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiff's counsel's *Unopposed Motion to Withdraw David J. Jaramillo as Attorney for Plaintiff*, (Doc. 48), filed May 15, 2019. The Court, having read the Motion, noting it is unopposed, and being otherwise fully apprised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that David J. Jaramillo is permitted to withdraw as counsel of record for Plaintiff. James D. Tawney, Richard D. Daly, and John Scott Black will continue to represent Plaintiff in this matter.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE