# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHURCH ON THE MOVE, INC.,

    Plaintiff,

v.                                                       CV No. 18-627 WJ/CG

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on Defendant's *First Amended Motion to Modify the Scheduling Order*, (Doc. 52), filed June 24, 2019. In the Motion, the parties ask for an extension of the scheduling order deadlines because they need to conduct additional depositions and limited written discovery. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *First Amended Motion to Modify the Scheduling Order*, (Doc. 52), is **GRANTED**, and the scheduling order is modified as follows:

1. The termination date for discovery is **August 1, 2019**.
2. Motions relating to discovery shall be filed by **September 9, 2019**.
3. Pretrial motions, other than those relating to discovery, shall be filed by **September 19, 2019**.
4. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **October 1, 2019**; Defendant to the Court on or before **October 15, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE