# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHURCH ON THE MOVE, INC.,

    Plaintiff,

v.                                                                  CV No. 18-627 WJ/CG

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Modify the Scheduling Order*, (Doc. 56), filed July 17, 2019. In the Motion, the parties ask for an extension of the scheduling order deadlines because they need to conduct additional depositions and limited written discovery. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Unopposed Motion to Modify the Scheduling Order*, (Doc. 56), is **GRANTED**, and the scheduling order is modified as follows:

1. The termination date for discovery is **August 30, 2019**.
2. Motions relating to discovery shall be filed by **October 9, 2019**.
3. Pretrial motions, other than those relating to discovery, shall be filed by **October 18, 2019**.
4. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **October 30, 2019**; Defendant to the Court on or before **November 14, 2019**.

                                                                           _____
                                                                      THE HONORABLE CARMEN E. GARZA
                                                                      CHIEF UNITED STATES MAGISTRATE JUDGE