**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHURCH ON THE MOVE, INC.,

    Plaintiff,

v.                                                      CV No. 18-627 CG/SMV

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

    Defendant.

## ORDER SETTING SUMMARY JURY TRIAL

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date, time, and location. **IT IS HEREBY ORDERED** that a summary jury trial will be conducted at **500 N. Richardson, Roswell, New Mexico**, beginning **Tuesday, February 25, 2020 at 8:30a.m.**

**IT IS FURTHER ORDERED** that a telephonic pre-trial conference shall be conducted on **Tuesday, February 18, 2020 at 2:00p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE