# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHURCH ON THE MOVE INC.,

    Plaintiff,

v.                                              No. 2:18-cv-00627 CG/SMV

BROTHERHOOD MUTUAL INSURANCE COMPANY,

    Defendant.

## AMENDED ORDER SETTING MOTION HEARING

**THIS MATTER** is before the Court on: Plaintiff Church on the Move, Inc.'s ("Plaintiff") *Motion to Exclude or Limit the Testimony of Defendant's Expert Todd F. Coussens*, (Doc. 69), filed September 19, 2019; Plaintiff's *Motion to Exclude or Limit the Testimony of Defendant's Non-Retained Expert Jim D. Koontz*, (Doc. 70), filed on September 19, 2019; Plaintiff's *Motion to Exclude or Limit the Testimony of Defendant's Non-Retained Expert Dean Sorensen*, (Doc. 71), filed on September 19, 2019; Defendant Brotherhood Mutual Insurance Company's ("Defendant") *Motion to Exclude Plaintiff's Expert Matt Phelps*, (Doc. 79), filed on October 8, 2019; and Defendant's *Motion to Exclude Plaintiff's Expert Kerry Freeman*, (Doc. 84), filed on October 14, 2019.

**IT IS HEREBY ORDERED** that the Court shall hear oral argument on the motions on **November 26, 2019, at 9:00 a.m.** in the Organ Courtroom (South Tower) of the Las Cruces District Courthouse, located at 100 North Church Street, Las Cruces 88001, before Chief Magistrate Judge Carmen E. Garza.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE