**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHURCH ON THE MOVE, INC.,

    Plaintiff,

v.                                              CV No. 18-627 CG/SMV

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

    Defendant.

## AMENDED ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court upon review of the record.

**IT IS HEREBY ORDERED** that counsel are no longer directed to file a consolidated final Pretrial Order by the deadline outlined in the *Order Granting Unopposed Motion to Modify Scheduling Order*, (Doc. 57), filed July 17, 2019. As outlined in the *Clerk's Minutes*, (Doc. 92), filed November 1, 2019, the Court will instruct all counsel about pretrial deadlines and trial parameters following the November 26, 2019, motion hearing.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE