**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHURCH ON THE MOVE, INC.,

     Plaintiff,

v.                                 CV No. 18-627 CG/SMV

BROTHERHOOD MUTUAL INSURANCE
COMPANY,

     Defendant.

**ORDER GRANTING STIPULATED MOTION
TO DISMISS WITH PREJUDICE**

     **THIS MATTER** is before the Court on the parties' *Stipulated Motion to Dismiss with Prejudice* (the "Motion"), filed January 30, 2020. The Court, having considered the Motion and being otherwise fully advised in the premises, finds the Motion is well-taken and shall be **GRANTED**.

     **IT IS THEREFORE ORDERED** that Plaintiffs' Complaint and all causes of action that were or could have been alleged therein in the above-captioned matter be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

     **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE